DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RODNEY ALEXANDER WHYTE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1921

[August 29, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Daliah H. Weiss, Judge; L.T. Case No. 502013CF008665A.

Carey Haughwout, Public Defender, West Palm Beach, and Devin Johnson, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***